*IT IS SO ORDERED*
*Judge Edward J. Davila*

1  Preston W. Brooks (State Bar No. 152439)
   pbrooks@coxcastle.com
2  Keith B. Walker (State Bar No. 233692)
   kwalker@coxcastle.com
3  COX, CASTLE & NICHOLSON LLP
   2049 Century Park East
4  28th Floor
   Los Angeles, CA 90067-3284
5  Telephone: (310) 284-2200
   Facsimile: (310) 284-2100
6
7  Attorneys for Plaintiff
   ARE-San Francisco No. 25, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARE-SAN FRANCISCO NO. 25, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>RIO GRANDE HOLDING, INC.; MONTWOOD CORPORATION; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. CV11-06386 EJD (PSGx)<br>Hon. Edward J. Davila<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS BY ALL PARTIES PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) AND FED.R.CIV.P. 41(c)** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff ARE-San Francisco No. 25, LLC and defendants and counterclaimants Rio Grande Holding, Inc. and Montwood Corporation, by and through their respective counsel, having entered into a settlement agreement resolving all causes of action asserted by the parties to the present action, that plaintiff's complaint for damages, injunctive and declaratory relief, and defendants' respective counterclaims against plaintiff for contribution, declaratory relief and equitable indemnity/contribution, are hereby dismissed with prejudice as to all parties, pursuant to Rule 41(a) and Rule 41(c) of the Federal Rules of Civil Procedure.

///

///

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
LOS ANGELES, CA

- 1 -

STIP FOR DISMISSAL OF ALL
CLAIMS BY ALL PARTIES
CASE NO. CV11-06386-EJD (PSGx)

There are no other parties, issues or claims which remain to be resolved in this case. Each party is to bear its own fees and costs.

Respectfully submitted this 15th day of May, 2013.

The Clerk shall close this file.

DATED: May 14, 2013

PRESTON W. BROOKS
KEITH B. WALKER

COX, CASTLE & NICHOLSON LLP

By: _____
KEITH B. WALKER

Attorneys for Plaintiff ARE-San Francisco No. 25, LLC

DATED: May 14, 2013

DAVINA PUJARI
KATHRYN L. OEHLSCHLAGER

BARG COFFIN LEWIS & TRAPP, LLP

By: _____
DAVINA PUJARI

Attorneys for Defendants Rio Grande Holding, Inc. and Montwood Corporation